IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DELUX INN | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:16-CV-1236 |
| | § | |
| ARCH INSURANCE COMPANY | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. All claims having been dismissed, IT IS HEREBY

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE.**

The Clerk of the Court is directed to close the case.

**SIGNED this 24th day of March, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE